UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MONROE COMMUNITY SPORTS CENTRE
CORPORATION,

        Plaintiff,

-vs-

EMPIRE ICE, LLC, EAST WEST ARENAS INC. and
LEON LEKAI,

        Defendants.

---

Civil Action No.
14-CV-6197-MAT

## ORDER STAYING ACTION

Plaintiff, Monroe Community Sports Centre Corporation, by and through its attorney, Kevin P. Ryan, Esq., and the Defendants, Empire Ice, LLC, East West Arenas Inc. and Leon Lekai, by and through their attorneys, Amiel J. Rossabi, Esq., having jointly requested a stay of all proceedings;

NOW, upon considering the joint application of the parties, it is hereby

ORDERED that this proceeding is hereby stayed until further order of this Court.

Dated: July 2, 2014

                                                HON. MICHAEL A. TELESCA
                                                United States District Court Judge

270845 2286393v1